**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE **Cheryl I. Brown**　　　　　　　　　　Chapter 13
　　　　　　Debtor　　　　　　　:　　BANKRUPTCY  NO. **19-13337-jkf**

_____

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE FOR THE VILLAGES OF FLOWERS MILL COMMUNITY ASSOCIATION**

　　　The undersigned hereby enters his appearance for The Villages of Flowers Mill Community Association, and pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices required to be given in this case, as well as any and all other pleadings, or notices of any kind, be sent to the undersigned.

　　　　　　　　　　　　　　　　　　**Clemons Richter & Reiss, P.C.**
　　　　　　　　　　　　　　　　　　2003 South Easton Road, Suite 300
　　　　　　　　　　　　　　　　　　Doylestown, PA 18901
　　　　　　　　　　　　　　　　　　Tel. (215) 348-1776

Date: July 01, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Stefan Richter, Esquire
　　　　　　　　　　　　　　　　　　Attorney for the Villages of Flowers Mill