

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

HORIZONS BEHAVIORAL HEALTH LLC
ROSENBERG MATTHEW SINGLE MBR
113 LAKESIDE DRIVE
SOUTHAMPTON PA  18966-4048

ORG1: 0026-M604
EE ID: 36          DD

| DATE | CHECK NO. |
|---|---|
| 05/24/2019 | 13816 |

PAY TO THE ORDER OF

CHERYL I BROWN
53 BLACK EYED SUSAN ROAD
LANGHORNE PA  19047

Total Net Direct Deposit(s)
**$562.50**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                     FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Cheryl I Brown
53 Black Eyed Susan Road
Langhorne, PA  19047
Soc Sec #: xxx-xx-xxxx    Contractor ID: 36

Home Department: 200 1099

Pay Period: 05/06/19 to 05/19/19
Check Date: 05/24/19    Check #: 13816

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4408 | 562.50 | 5220.00 |
| **NET PAY** | **562.50** | **5220.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | BSC 1099 | | 35.0000 | 562.50 | | 5220.00 |
| | REIMB & OTHER PAYMENTS | | | 562.50 | | 5220.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |
| | PA Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 562.50 | 5220.00 |

Payrolls by Paychex, Inc.

0026 0026-M604    Horizons Behavioral Health LLC • Rosenberg Matthew Single Mbr • 113 Lakeside Drive • Southampton PA  18966-4048 • (215) 355-9707

HORIZONS BEHAVIORAL HEALTH LLC
ROSENBERG MATTHEW SINGLE MBR
113 LAKESIDE DRIVE
SOUTHAMPTON PA  18966-4048

0026 M604
ORG1 M604
EE ID: 36          DD

| DATE | CHECK NO. |
|---|---|
| 05/10/2019 | 13747 |

PAY TO THE ORDER OF

CHERYL I BROWN
53 BLACK EYED SUSAN ROAD
LANGHORNE PA  19047

Total Net Direct Deposit(s)
**$326.25**
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Cheryl I Brown
53 Black Eyed Susan Road
Langhorne, PA  19047
Soc Sec #: xxx-xx-xxxx    Contractor ID: 36

Home Department: 200 1099

Pay Period: 04/22/19 to 05/05/19
Check Date: 05/10/19   Check #: 13747

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4408 | 326.25 | 4657.50 |
| **NET PAY** | **326.25** | **4657.50** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | BSC 1099 | | 35.0000 | 326.25 | | 4657.50 |
| | REIMB & OTHER PAYMENTS | | | 326.25 | | 4657.50 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Fed Backup | No Withholding | | | | |
| | PA Backup | No Withholding | | | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 326.25 | 4657.50 |

Payrolls by Paychex, Inc.

0026 0026-M604   Horizons Behavioral Health LLC • Rosenberg Matthew Single Mbr • 113 Lakeside Drive • Southampton PA  18966-4048 • (215) 355-9707

HORIZONS BEHAVIORAL HEALTH LLC
ROSENBERG MATTHEW SINGLE MBR
113 LAKESIDE DRIVE
SOUTHAMPTON PA  18966-4048

0026-M604
ORG1
EE ID: 36          DD

| DATE | CHECK NO. |
|---|---|
| 04/26/2019 | 13687 |

PAY TO THE ORDER OF

CHERYL I BROWN
53 BLACK EYED SUSAN ROAD
LANGHORNE PA  19047

Total Net Direct Deposit(s)
**$427.50**
AMOUNT

VOID THIS IS NOT A CHECK ............................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                                 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Cheryl I Brown
53 Black Eyed Susan Road
Langhorne, PA  19047
Soc Sec #: xxx-xx-xxxx    Contractor ID: 36

Home Department: 200 1099

Pay Period: 04/08/19 to 04/21/19
Check Date: 04/26/19    Check #: 13687

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4408 | 427.50 | 4331.25 |
| **NET PAY** | **427.50** | **4331.25** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | BSC 1099 | | 35.0000 | 427.50 | | 4331.25 |
| | REIMB & OTHER PAYMENTS | | | 427.50 | | 4331.25 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Fed Backup | No Withholding | | | | |
| | PA Backup | No Withholding | | | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 427.50 | 4331.25 |

Payrolls by Paychex, Inc.

0026 0026-M604    Horizons Behavioral Health LLC • Rosenberg Matthew Single Mbr • 113 Lakeside Drive • Southampton PA  18966-4048 • (215) 355-9707

HORIZONS BEHAVIORAL HEALTH LLC
ROSENBERG MATTHEW SINGLE MBR
113 LAKESIDE DRIVE
SOUTHAMPTON PA  18966-4048

0026-M604
ORG  
EE ID: 36      DD

| DATE | CHECK NO. |
|---|---|
| 04/12/2019 | 13618 |

PAY TO THE ORDER OF

CHERYL I BROWN
53 BLACK EYED SUSAN ROAD
LANGHORNE PA  19047

Total Net Direct Deposit(s)
**$371.25**
AMOUNT

VOID THIS IS NOT A CHECK .............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                                  FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Cheryl I Brown
53 Black Eyed Susan Road
Langhorne, PA  19047
Soc Sec #: xxx-xx-xxxx     Contractor ID: 36

Home Department: 200 1099

Pay Period: 03/25/19 to 04/07/19
Check Date: 04/12/19     Check #: 13618

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 4408 | 371.25 | 3903.75 |
| **NET PAY** | **371.25** | **3903.75** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---:|---:|---:|---:|---:|
| | BSC 1099 | 35.0000 | | 371.25 | | 3903.75 |
| | **REIMB & OTHER PAYMENTS** | | | 371.25 | | 3903.75 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---:|---:|
| | Fed Backup | No Withholding | | |
| | PA Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | 371.25 | 3903.75 |

Payrolls by Paychex, Inc.

0026 0026-M604   Horizons Behavioral Health LLC • Rosenberg Matthew Single Mbr • 113 Lakeside Drive • Southampton PA  18966-4048 • (215) 355-9707

## BUSINESS INCOME AND EXPENSES – Individual Month
(must be completed month by month for proceeding 6 months; plus current month for Ch 7)

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS
(Note: ONLY INCLUDE information directly related to the business operation.)

- GROSS RECEIPTS (ie INCOME) FOR THE MONTH OF: 3/18/19 – 3/31/19

    - Gross Income/Receipts      $550 – $600

MONTHLY EXPENSES:

| Item | Amount |
|---|---|
| - Net Employee Payroll (Other Than Debtor) | $ |
| - Payroll Taxes | $ |
| - Unemployment Taxes | $ |
| - Worker's Compensation | $ |
| - Other Taxes | $ |
| - Inventory Purchases (Including raw materials) | $ |
| - Purchase of Feed/Fertilizer/Seed/Spray | $ |
| - Rent (Other than debtor's principal residence) | $ |
| - Utilities | $ |
| - Office Expenses and Supplies | $10.00 |
| - Repairs and Maintenance | $ |
| - Vehicle Expenses | $35.00 |
| - Travel and Entertainment | $25.00 |
| - Equipment Rental and Leases | $ |
| - Legal/Accounting/Other Professional Fees | $ |
| - Insurance | $ |
| - Employee Benefits (e.g., pension, medical, etc.) | $ |
| - Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition | $ |

    - Business Debts (Specify):

- Other (Specify):      $

- Total Monthly Expenses      $70.00

## BUSINESS INCOME AND EXPENSES – Individual Month
(must be completed month by month for proceeding 6 months; plus current month for Ch 7)

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS
(Note: ONLY INCLUDE information directly related to the business operation.)

- GROSS RECEIPTS (ie INCOME) FOR THE MONTH OF: 3/5/19 - 3/17/19

    - Gross Income/Receipts      $ 500.00

MONTHLY EXPENSES:

| Expense | Amount |
|---|---|
| - Net Employee Payroll (Other Than Debtor) | $ |
| - Payroll Taxes | $ |
| - Unemployment Taxes | $ |
| - Worker's Compensation | $ |
| - Other Taxes | $ |
| - Inventory Purchases (Including raw materials) | $ |
| - Purchase of Feed/Fertilizer/Seed/Spray | $ |
| - Rent (Other than debtor's principal residence) | $ |
| - Utilities | $ |
| - Office Expenses and Supplies | $ 10.00 |
| - Repairs and Maintenance | $ |
| - Vehicle Expenses | $ 35.00 |
| - Travel and Entertainment | $ 25.00 |
| - Equipment Rental and Leases | $ |
| - Legal/Accounting/Other Professional Fees | $ |
| - Insurance | $ |
| - Employee Benefits (e.g., pension, medical, etc.) | $ |
| - Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition | $ |

    - Business Debts (Specify):

- Other (Specify):      $

- Total Monthly Expenses      $ 70.00

## BUSINESS INCOME AND EXPENSES – Individual Month
(must be completed month by month for proceeding 6 months; plus current month for Ch 7)

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS
(Note: ONLY INCLUDE information directly related to the business operation.)

- **GROSS RECEIPTS (ie INCOME) FOR THE MONTH OF:** 2/18 – 3/4/19

    - Gross Income/Receipts      $550-600

MONTHLY EXPENSES:

| Expense | Amount |
|---|---|
| - Net Employee Payroll (Other Than Debtor) | $ |
| - Payroll Taxes | $ |
| - Unemployment Taxes | $ |
| - Worker's Compensation | $ |
| - Other Taxes | $ |
| - Inventory Purchases (Including raw materials) | $ |
| - Purchase of Feed/Fertilizer/Seed/Spray | $ |
| - Rent (Other than debtor's principal residence) | $ |
| - Utilities | $ |
| - Office Expenses and Supplies | $ 10.00 |
| - Repairs and Maintenance | $ |
| - Vehicle Expenses | $ 35.00 |
| - Travel and Entertainment | $ 25.00 |
| - Equipment Rental and Leases | $ |
| - Legal/Accounting/Other Professional Fees | $ |
| - Insurance | $ |
| - Employee Benefits (e.g., pension, medical, etc.) | $ |
| - Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition | $ |

    - Business Debts (Specify):

- Other (Specify):      $

- **Total Monthly Expenses**      $ 70.00