United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-13337-jkf
Cheryl J. Brown                                                     Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: Jan 30, 2020
                              Form ID: 155            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.
db        +Cheryl J. Brown,    53 Black Eyed Susan Road,    Langhorne, PA 19047-3419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Cheryl J. Brown support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              STEFAN  RICHTER    on behalf of Creditor    Villages of Flowers Mill Community Association
               srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Cheryl J. Brown
        Debtor(s)

Chapter: 13

Bankruptcy No: 19−13337−jkf

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this January 29, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Jean K. FitzSimon
Judge ,
United States Bankruptcy Court

31
Form 155