IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: CHERYL J. BROWN <br> **Debtor(s)** | |
| | CHAPTER 13 |
| ACAR LEASING LTD <br> d/b/a GM FINANCIAL LEASING <br> **Moving Party** | Case No.: 19-13337 (JKF) |
| | **Hearing Date:  3-4-20 at 9:30 AM** |
| v. | |
| | 11 U.S.C. 362 |
| CHERYL J. BROWN <br> **Respondent(s)** | |
| SCOTT F. WATERMAN <br> **Trustee** | |

## ORDER LIFTING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is lifted pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) as to the movant to pursue the movant's rights in the personal property described as a **2017 Cadillac XT5** bearing vehicle identification number 1GYKNBRSXHZ187209 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  3/4/20

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon