United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cheryl J. Brown  
    Debtor

Case No. 19-13337-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Mar 05, 2020  
    Form ID: pdf900    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.
```
db              +Cheryl J. Brown,    53 Black Eyed Susan Road,    Langhorne, PA 19047-3419
cr              +Villages of Flowers Mill Community Association,    c/o Stefan Richter, Esquire,
                 Clemons Richter & Reiss, P.C.,    2003 South Easton Road,    Doylestown, PA 18901-7100
14466278        +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
14352668        +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington TX 76096-3853
14467029        +ACAR Leasing LTD d/b/a GM Financial Leasing,    c/o WILLIAM EDWARD CRAIG,    Morton & Craig,
                 110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:05    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2020 03:20:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 06 2020 03:20:56    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 03:18:20    Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2020 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Cheryl J. Brown support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com,youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              STEFAN RICHTER    on behalf of Creditor    Villages of Flowers Mill Community Association
               srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: CHERYL J. BROWN | ) | |
| **Debtor(s)** | ) | |
| | ) | CHAPTER 13 |
| ACAR LEASING LTD | ) | |
| d/b/a GM FINANCIAL LEASING | ) | Case No.: 19-13337 (JKF) |
| **Moving Party** | ) | |
| | ) | Hearing Date: 3-4-20 at 9:30 AM |
| v. | ) | |
| | ) | 11 U.S.C. 362 |
| CHERYL J. BROWN | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| SCOTT F. WATERMAN | ) | |
| **Trustee** | ) | |
| | ) | |

### ORDER LIFTING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is lifted pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) as to the movant to pursue the movant's rights in the personal property described as a **2017 Cadillac XT5** bearing vehicle identification number 1GYKNBRSXHZ187209 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  3/4/20

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon