| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-13337-AMC**

CHERYL J. BROWN
53 BLACK EYED SUSAN ROAD
LANGHORNE  PA    19047

Petition Filed Date: 05/23/2019
341 Hearing Date: 07/26/2019
Confirmation Date: 01/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/08/2019 | $840.00 | Automatic Payı | 07/30/2019 | $840.00 | Automatic Payı | 08/30/2019 | $840.00 | Automatic Payı |
| 10/01/2019 | $840.00 | | 10/30/2019 | $840.00 | | 12/03/2019 | $840.00 | |
| 12/31/2019 | $840.00 | | 01/30/2020 | $840.00 | | 03/02/2020 | $840.00 | |
| 03/30/2020 | $840.00 | | 04/30/2020 | $840.00 | | 06/02/2020 | $840.00 | |
| 06/30/2020 | $840.00 | | 07/30/2020 | $840.00 | | | | |

**Total Receipts for the Period: $11,760.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,760.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $796.73 | $0.00 | $796.73 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $2,568.87 | $0.00 | $2,568.87 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $3,674.53 | $0.00 | $3,674.53 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 004 | Secured Creditors | $1,181.01 | $0.00 | $1,181.01 |
| 5 | ICUL SERVICE CORP<br>»» 005 | Unsecured Creditors | $5,039.42 | $0.00 | $5,039.42 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $5,018.42 | $0.00 | $5,018.42 |
| 7 | VILLAGES OF FLOWERS MILL COMMUNITY ASSN<br>»» 007 | Secured Creditors | $6,015.00 | $0.00 | $6,015.00 |
| 8 | ACAR LEASING LTE  DBA<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $8,397.35 | $6,404.44 | $1,992.91 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $13,393.38 | $0.00 | $13,393.38 |
| 11 | PNC BANK<br>»» 010 | Unsecured Creditors | $1,000.71 | $0.00 | $1,000.71 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $3,330.51 | $0.00 | $3,330.51 |
| 13 | WELLS FARGO<br>»» 12S | Secured Creditors | $6,524.73 | $0.00 | $6,524.73 |
| 14 | WELLS FARGO<br>»» 12U | Unsecured Creditors | $1,061.18 | $0.00 | $1,061.18 |

| 15 | SELECT PORTFOLIO SERVICING INC »» 013 | Mortgage Arrears | $10,492.83 | $0.00 | $10,492.83 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,760.00 | Current Monthly Payment: | $840.00 |
| Paid to Claims: | $9,904.44 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,099.56 | Total Plan Base: | $50,400.00 |
| Funds on Hand: | $756.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.