| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-13337-AMC**

CHERYL J. BROWN
53 BLACK EYED SUSAN ROAD
LANGHORNE  PA    19047

Petition Filed Date: 05/23/2019
341 Hearing Date: 07/26/2019
Confirmation Date: 01/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2020 | $840.00 | | 03/02/2020 | $840.00 | | 03/30/2020 | $840.00 | |
| 04/30/2020 | $840.00 | | 06/02/2020 | $840.00 | | 06/30/2020 | $840.00 | |
| 07/30/2020 | $840.00 | | 08/31/2020 | $840.00 | | 09/30/2020 | $840.00 | |
| 10/30/2020 | $840.00 | | 12/01/2020 | $840.00 | | 01/04/2021 | $840.00 | |
| 02/01/2021 | $840.00 | | 03/02/2021 | $840.00 | | 03/30/2021 | $840.00 | |
| 04/30/2021 | $840.00 | | 06/01/2021 | $840.00 | | | | |

**Total Receipts for the Period: $14,280.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,160.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | LVNV FUNDING LLC  »» 001 | Unsecured Creditors | $796.73 | $0.00 | $796.73 |
| 2 | LVNV FUNDING LLC  »» 002 | Unsecured Creditors | $2,568.87 | $0.00 | $2,568.87 |
| 3 | CHASE BANK USA NA  »» 003 | Unsecured Creditors | $3,674.53 | $0.00 | $3,674.53 |
| 4 | PA DEPARTMENT OF REVENUE  »» 004 | Secured Creditors | $1,181.01 | $280.12 | $900.89 |
| 5 | ICUL SERVICE CORP  »» 005 | Unsecured Creditors | $5,039.42 | $0.00 | $5,039.42 |
| 6 | AMERICAN EXPRESS NATIONAL BANK  »» 006 | Unsecured Creditors | $5,018.42 | $0.00 | $5,018.42 |
| 7 | VILLAGES OF FLOWERS MILL COMMUNITY ASSN  »» 007 | Secured Creditors | $6,015.00 | $1,426.76 | $4,588.24 |
| 8 | ACAR LEASING LTE  DBA  »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)  »» 09P | Priority Crediors | $8,397.35 | $8,397.35 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)  »» 09U | Unsecured Creditors | $13,393.38 | $0.00 | $13,393.38 |
| 11 | PNC BANK  »» 010 | Unsecured Creditors | $1,000.71 | $0.00 | $1,000.71 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 011 | Unsecured Creditors | $3,330.51 | $0.00 | $3,330.51 |
| 13 | WELLS FARGO  »» 12S | Secured Creditors | $6,524.73 | $1,547.69 | $4,977.04 |

| 14 | WELLS FARGO<br>»» 12U | Unsecured Creditors | $1,061.18 | $0.00 | $1,061.18 |
| 15 | SELECT PORTFOLIO SERVICING INC<br>»» 013 | Mortgage Arrears | $10,492.83 | $2,488.91 | $8,003.92 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,160.00 | Current Monthly Payment: | $840.00 |
| Paid to Claims: | $17,640.83 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,763.16 | Total Plan Base: | $50,400.00 |
| Funds on Hand: | $756.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.