*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Cheryl J. Brown
    Debtor(s)

Case No: 19–13337–amc

Chapter: 13

# NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Motion to Modify Plan First Amended plan Filed by Cheryl J. Brown Represented by PAUL H. YOUNG (Counsel).

on: 5/4/22

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 4/8/22

Timothy B. McGrath
Clerk of Court

50 – 47
Form 167