United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-13337-amc
Cheryl J. Brown
    Debtor
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Apr 08, 2022      Form ID: 167      Total Noticed: 37

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl J. Brown, 53 Black Eyed Susan Road, Langhorne, PA 19047-3419 |
| cr | + | Villages of Flowers Mill Community Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Doylestown, PA 18901-7100 |
| 14467029 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 14331277 | + | Inspire Federal Credit, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14331282 | + | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 14331281 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14331283 | + | The VIllages of Flowers Mill Community, c/o Stefan Richter, Esquire, 2003 S. Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14336846 | + | U.S. Bank National Association, Select Portfolio Servicing, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14367097 | | U.S. Bank, National Assoc. et al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14351222 | +++ | Villages of Flowers Mill Community Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14361654 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14331284 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14331285 | + | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 08 2022 23:59:20 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 23:59:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14352668 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 08 2022 23:58:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington TX 76096-3853 |
| 14466278 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 08 2022 23:58:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14331269 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 08 2022 23:58:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14331270 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 08 2022 23:58:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14347112 | | Email/PDF: bncnotices@becket-lee.com | Apr 08 2022 23:59:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14331271 | + | Email/PDF: bncnotices@becket-lee.com | Apr 08 2022 23:59:13 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14331272 | + | Email/PDF: bncnotices@becket-lee.com | Apr 08 2022 23:59:20 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14331273 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14331274 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2022 23:59:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14629560 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 08 2022 23:59:26 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14343439 | + | Email/Text: EZLaunch@lsc.net | Apr 08 2022 23:59:20 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14331278 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 08 2022 23:58:00 | ICUL Service Corp, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14331275 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 08 2022 23:58:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14331276 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 08 2022 23:59:20 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14341236 | + | Email/Text: RASEBN@raslg.com | Apr 08 2022 23:59:12 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| | | | Apr 08 2022 23:58:15 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14336297 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 23:59:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14331280 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 23:59:13 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14331279 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 23:59:28 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14360857 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2022 23:58:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14359495 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 08 2022 23:58:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14342857 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 08 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14331282 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 08 2022 23:58:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 14331281 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 08 2022 23:58:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14331660 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 23:59:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14367097 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 08 2022 23:58:00 | U.S. Bank, National Assoc. et al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Apr 08, 2022 Form ID: 167 Total Noticed: 37

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

**Name** — **Email Address**

KEVIN G. MCDONALD
on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 bkgroup@kmllawgroup.com

PAUL H. YOUNG
on behalf of Debtor Cheryl J. Brown support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

STEFAN RICHTER
on behalf of Creditor Villages of Flowers Mill Community Association srichter@clemonslaw.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Cheryl J. Brown
    Debtor(s)

Case No: 19−13337−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Motion to Modify Plan First Amended plan Filed by Cheryl J. Brown Represented by PAUL H. YOUNG (Counsel).

on: 5/4/22

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 4/8/22

For The Court

Timothy B. McGrath
Clerk of Court

50 − 47
Form 167