UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| CHERYL BROWN | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 19-13337-AMC |

## PRAECIPE

Please withdraw the Trustee's Motion for Alternative Disbursement filed on or about July 26, 2022 at docket entry number 56 in the above referenced case.

Respectfully submitted,

Date: September 2, 2022

/s/Ann E. Swartz
Ann E. Swartz
Attorney for
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee