| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-13337-AMC**

CHERYL J. BROWN  
53 BLACK EYED SUSAN ROAD  
LANGHORNE  PA   19047

Petition Filed Date: 05/23/2019  
341 Hearing Date: 07/26/2019  
Confirmation Date: 01/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $496.00 | 26808081107 | 09/27/2022 | $496.00 | 26808083133 | 11/02/2022 | $496.00 | 22919595322 |
| 12/07/2022 | $496.00 | 26808084584 | 01/05/2023 | $496.00 | 26808086114 | 01/25/2023 | $496.00 | 26808089196 |
| 03/06/2023 | $496.00 | 27863986500 | 04/06/2023 | $496.00 | 27863987646 | 05/02/2023 | $496.00 | 26808082435 |
| 06/06/2023 | $496.00 | 27863991270 | 07/05/2023 | $496.00 | 27863994104 | | | |

**Total Receipts for the Period: $5,456.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $34,306.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $796.73 | $0.00 | $796.73 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $2,568.87 | $0.00 | $2,568.87 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $3,674.53 | $0.00 | $3,674.53 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 004 | Secured Creditors | $1,181.01 | $888.70 | $292.31 |
| 5 | ICUL SERVICE CORP<br>»» 005 | Unsecured Creditors | $5,039.42 | $0.00 | $5,039.42 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $5,018.42 | $0.00 | $5,018.42 |
| 7 | VILLAGES OF FLOWERS MILL COMMUNITY ASSN<br>»» 007 | Secured Creditors | $6,015.00 | $4,414.11 | $1,600.89 |
| 8 | ACAR LEASING LTD  DBA<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $8,397.35 | $8,397.35 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $13,393.38 | $0.00 | $13,393.38 |
| 11 | PNC BANK<br>»» 010 | Unsecured Creditors | $1,000.71 | $0.00 | $1,000.71 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $3,330.51 | $0.00 | $3,330.51 |
| 13 | WELLS FARGO<br>»» 12S | Secured Creditors | $6,524.73 | $4,909.80 | $1,614.93 |
| 14 | WELLS FARGO<br>»» 12U | Unsecured Creditors | $1,061.18 | $0.00 | $1,061.18 |

**Chapter 13 Case No. 19-13337-AMC**

| 15 | SELECT PORTFOLIO SERVICING INC »» 013 | Mortgage Arrears | $10,492.83 | $7,895.74 | $2,597.09 |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $750.00 | $750.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,306.00 | Current Monthly Payment: | $496.00 |
| Paid to Claims: | $30,755.70 | Arrearages: | $90.00 |
| Paid to Trustee: | $2,986.82 | Total Plan Base: | $51,260.00 |
| Funds on Hand: | $563.48 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.