UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CHERYL J. BROWN  : CHAPTER 13
　　　　　　　　　　　　　　　:
　　　Debtor(s)  : BANKRUPTCY NO. 19-13337

## ORDER

AND NOW, this 9th day of April, 2024, upon consideration of the Motion to Approve Loan Modification filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be allowed to enter into a permanent mortgage loan modification with Select Portfolio Servicing.

_____
J.