U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   CHERYL J. BROWN           :   CHAPTER 13
                                   :
         Debtor                    :   BANKRUPTCY NO. 19-13337AMC

### ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (docket # 78), the "Motion");

1) The Motion is granted; and

2) The Modified Plan (doc. #81) is approved.

BY THE COURT:

Date: July 25, 2024

*[signature]*

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE