
Case 19-13337-amc    Doc 85    Filed 08/27/24    Entered 08/27/24 08:11:31    Desc Main
Document    Page 1 of 2

| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-13337-AMC**

CHERYL J. BROWN
53 BLACK EYED SUSAN ROAD
LANGHORNE  PA    19047

Petition Filed Date: 05/23/2019
341 Hearing Date: 07/26/2019
Confirmation Date: 01/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2023 | $496.00 | 27863995116 | 09/01/2023 | $496.00 | 27863985464 | 10/05/2023 | $496.00 | 27863999190 |
| 11/08/2023 | $496.00 | 27863998896 | 11/28/2023 | $496.00 | 26103649746 | 01/03/2024 | $496.00 | 28568742401 |
| 02/06/2024 | $496.00 | 28568745202 | 03/08/2024 | $496.00 | 28568745977 | 04/10/2024 | $496.00 | 28568746822 |
| 05/02/2024 | $496.00 | 28632025056 | 06/07/2024 | $496.00 | 28632031132 | 07/02/2024 | $499.00 | 28568747520 |

**Total Receipts for the Period: $5,955.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $39,765.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $796.73 | $17.95 | $778.78 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $2,568.87 | $57.87 | $2,511.00 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $3,674.53 | $82.78 | $3,591.75 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 004 | Secured Creditors | $1,181.01 | $1,181.01 | $0.00 |
| 5 | ICUL SERVICE CORP<br>»» 005 | Unsecured Creditors | $5,039.42 | $113.53 | $4,925.89 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $5,018.42 | $113.06 | $4,905.36 |
| 7 | VILLAGES OF FLOWERS MILL COMMUNITY ASSN<br>»» 007 | Secured Creditors | $6,015.00 | $6,015.00 | $0.00 |
| 8 | ACAR LEASING LTD  DBA<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $8,397.35 | $8,397.35 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $13,393.38 | $301.74 | $13,091.64 |
| 11 | PNC BANK<br>»» 010 | Unsecured Creditors | $1,000.71 | $22.55 | $978.16 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $3,330.51 | $75.03 | $3,255.48 |
| 13 | WELLS FARGO<br>»» 12S | Secured Creditors | $6,524.73 | $6,524.73 | $0.00 |
| 14 | WELLS FARGO<br>»» 12U | Unsecured Creditors | $1,061.18 | $23.91 | $1,037.27 |
| 15 | SELECT PORTFOLIO SERVICING INC<br>»» 013 | Mortgage Arrears | $9,060.72 | $9,060.72 | $0.00 |

| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $750.00 | $750.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,765.00 | Current Monthly Payment: | $499.00 |
| Paid to Claims: | $36,237.23 | Arrearages: | $998.00 |
| Paid to Trustee: | $3,527.76 | Total Plan Base: | $51,242.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.