Certificate Number: 05781-PAE-DE-039213308

Bankruptcy Case Number: 19-13337



05781-PAE-DE-039213308

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 6, 2025, at 10:16 o'clock AM PST, Cheryl Brown completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 6, 2025                By:   /s/Allison M Geving

                                       Name: Allison M Geving

                                       Title: President