# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

CHERYL J. BROWN

Debtor[s]

Chapter 13

Case No. 19-13337 AMC

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s]' Motion to Modify the confirmed chapter 13 Plan (doc. # 88, the "Motion");

It is hereby **ordered** that:

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 90) is **approved**.

Date: Feb. 14, 2025

_____
**ASHELY M. CHAN**
**CHIEF U.S. BANKRUPTCY JUDGE**