United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 19-13337-amc
Cheryl J. Brown | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Feb 24, 2025     Form ID: 138OBJ     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl J. Brown, 53 Black Eyed Susan Road, Langhorne, PA 19047-3419 |
| 14467029 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 14331277 | + | Inspire Federal Credit, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14331283 | + | The VIllages of Flowers Mill Community, c/o Stefan Richter, Esquire, 2003 S. Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14336846 | + | U.S. Bank National Association, Select Portfolio Servicing, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14351222 | +++ | Villages of Flowers Mill Community Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 25 2025 01:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14352668 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 25 2025 01:15:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington TX 76096-3853 |
| 14466278 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 25 2025 01:15:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14331269 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 25 2025 01:15:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14331270 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 25 2025 01:15:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14347112 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2025 03:39:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14331271 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2025 03:16:25 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14331272 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2025 03:28:34 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14331273 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2025 03:16:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14331274 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2025 03:28:32 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14331276 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2025 03:17:17 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14331275 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2025 03:16:28 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14629560 | + | Email/PDF: acg.acg.ebn@aisinfo.com Feb 25 2025 03:28:47 | | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14343439 | + | Email/Text: EZLaunch@lsc.net Feb 25 2025 01:15:00 | | ICUL Service Corp, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14331278 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Feb 25 2025 01:15:00 | | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14341236 | + | Email/Text: RASEBN@raslg.com Feb 25 2025 01:15:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14336297 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 25 2025 03:39:31 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14331280 | + | Email/PDF: resurgentbknotifications@resurgent.com Feb 25 2025 03:17:05 | | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14331279 | + | Email/PDF: resurgentbknotifications@resurgent.com Feb 25 2025 03:39:21 | | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14360857 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 25 2025 01:15:00 | | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14359495 | | Email/Text: Bankruptcy.Notices@pnc.com Feb 25 2025 01:15:00 | | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14342857 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Feb 25 2025 01:15:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14331282 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 25 2025 01:15:00 | | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14331281 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 25 2025 01:15:00 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14331660 | ^ | MEBN Feb 25 2025 00:47:00 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14874661 | + | Email/Text: RASEBN@raslg.com Feb 25 2025 01:15:00 | | U.S. Bank Trust Company, N.A., c/o Robert Schearer, Esquire, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14900600 | ^ | MEBN Feb 25 2025 00:47:02 | | U.S. Bank Trust Company, National Association, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14367097 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 25 2025 01:15:00 | | U.S. Bank, National Assoc. et al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14361654 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Feb 25 2025 05:42:09 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14331284 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Feb 25 2025 05:42:09 | | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14331285 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com Feb 25 2025 03:16:56 | | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 138OBJ | Total Noticed: 37 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 bkgroup@kmllawgroup.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust Company  National Association mimcgowan@raslg.com |
| PAUL H. YOUNG | on behalf of Debtor Cheryl J. Brown support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank Trust Company  National Association rshearer@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHERRI DICKS | on behalf of Creditor U.S. Bank Trust Company  National Association sdicks@raslg.com, shrdlaw@outlook.com |
| STEFAN RICHTER | on behalf of Creditor Villages of Flowers Mill Community Association srichter@clemonslaw.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 13

*Form 138OBJ* (6/24)−doc 97 − 96

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Cheryl J. Brown ) Case No. 19−13337−amc
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 24, 2025            For The Court

Timothy B. McGrath
Clerk of Court